# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| RAUL A. PEREZ, | : | No. 81 MAP 2015 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 348 MD |
| | : | 2015 dated August 26, 2015, exited |
| v. | : | August 27, 2015. |
| | : | |
| | : | |
| PENNSYLVANIA BOARD OF | : | |
| PROBATION AND PAROLE, | : | |
| | : | |
| Appellee | : | |

## <u>ORDER</u>

**PER CURIAM**                                                         **DECIDED:  July 19, 2016**

     **AND NOW,** this 19th day of July 2016, the Order of the Commonwealth Court is

**AFFIRMED**.